Form B6A - (12/07)                                                                    2007 USBC, Central District of California

| In re | Daniel B. Kass | | Case No.: | |
|---|---|---|---|---|
| | Debra A. Kass | Debtors. | 9:12-bk-10470-RR | (If known) |

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1518 East Mountain Drive, Santa Barbara, CA 93108 | Fee Owner | J | $16,000,000.00 | $8,737,000.00 |
| 610 Robert York Road, Deerfield, IL 60015 | Fee Owner | J | $ 400,000.00 | $ 600.00 |
| 8741 Berkeley, Orland Park, IL 60462 | Fee Owner | J | $ 400,000.00 | $ 0.00 |
| Lot at CSM 2989 Oakwood Avenue, Green Lake, WI 54951 | Fee Owner | J | $ 900,000.00 | $ 30,000.00 |
| W2828 Orchard Avenue, Green Lake, WI 54941 | Fee Owner | J | $2,500,000.00 | $1,830,000.00 |

Total ➤ $20,200,000.00

(Report also on Summary of Schedules.)

Form B6B - (12/07)                                              2007 USBC, Central District of California

| In re | Daniel B. Kass | | Case No.: | |
|---|---|---|---|---|
| | Debra A. Kass | Debtors. | 9:12-bk-10470-RR | (If known) |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Montecito Bank & Trust Personal Checking Account- This account have been closed since the filing of the Voluntary Petition | J | 20,000.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | UBS Personal Checking Accounts-These accounts have been closed since the filing of the Voluntary Petition | J | 2,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furnishings | J | 500,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | | Jewelry; See Attached | J | 350,115.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Farmer's Term Life Insurance Policy | W | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Metlife Term Life Insurance Policy | W | 0.00 |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Pacific Life Whole Life Insurance Policy | W | 7,719.00 |

# *Masterpiece*®

*Itemized Articles*

**Name and address of insured**

DANIEL B. & DEBRA A. KASS
1187 COAST VILLAGE RD, # 1-111
SANTA BARBARA, CA 93108

**Page** 1
**Effective date** 2/20/12
**Policy no.** 12628079-10
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 2/20/12 to 2/20/13

**If you have any questions, please contact**
DEWITT STERN GROUP, INC.
150 N. WACKER DR. #2120
CHICAGO, IL 60606
312-252-2150

| Class | No. | Description | Value |
|-------|-----|-------------|-------|
| **Jewelry** | 1 | 14K Y/G LDIES RING WITH MARQUISE CUT DIAMOND | $ 29,987 |
| | 2 | 14K Y/G RING WITH ONE MARQUISE DIAMOND G/VS1 | $ 40,726 |
| | 3 | 14K W/G PENDANT WITH ONE DIAMOND TW 2.16CT | $ 29,150 |
| | 4 | ONE PAIR 14K Y/G EARRINGS WITH TWO BRILLIANT CUT DIAMONDS | $ 33,753 |
| | 5 | 18K Y/G LADIES RING WITH OVAL TANZANITE TW 4.75CT | $ 10,042 |
| | 6 | LADIES DIAMOND WEDDING SET FROM SETH AND REID COLLECTION CONTAINS CENTER FULL CUT ROUND DIAMOND 3.04 CARAT TOTAL WEIGHT, E COLOR, VS1 CLARITY, GEM TRADE LABORATORY CERTIFICATE #10542778. CENTER STONE IS A BRANDED "S. L BACH POSITION CUT" DIAMOND. ON EITHER SIDE OF CENTER STONE ARE A TOTAL OF TWO WELL MATCHED TRILLION SHAPED DIAMONDS .93 CARAT TOTAL WEIGHT, E COLOR, SI1 CLARITY. SURROUNDING DIAMOND ARE A TOTAL OF ONE HUNDRED AND SIXTEEN BRILLIANT CUT ROUND DIAMONDS 1.37 CARAT TOTAL WEIGHT, E COLOR, VS CLARITY MICRO PRONG SET IN A CUSTOM MADE PLATINUM MOUNTING. 11.4 DIAMOND WEIGHT INTERIOR SHANK IS STAMPED "PLAT", AND "SLB". WEDDING BAND CONTAINS EIGHTEEN WELL MATCHED BRILLIANT CUT ROUND DIAMONDS 2.98 CARAT TOTAL WEIGHT, F COLOR, AND VS CLARITY. DIAMONDS ARE SET | |

0 Copyright 1984 by Chubb & Son Inc. Form no. 01200000 05/85 Reference Copy

*Itemized Articles*
**Page** 2
**Effective date** 2/20/12
**Policy no.** 12628079-10

**Name** DANIEL B. & DEBRA A. KASS

| Class | No. | Description | | Value |
|---|---|---|---|---|
| **Jewelry** (continued) | | IN A CUSTOM MADE SHARED PRONG PLATINUM ETERNITY STYLE MOUNTING. RINGS ARE TRADEMARKED DESIGNS OF STEVENS JEWELERS INC. | $ | 136,269 |
| | 7 | LADIES DIAMOND PENDANT CONTAINING CENTER BEZEL SET HEART | $ | 19,460 |
| | 8 | ONE LADIES ROLEX WATCH. | $ | 18,235 |
| | 9 | LADIES BLACK SOUTH SEA PEARL STAND FROM TH SETH AND REID COLLECTION CONTAINS THIRTY-NINE (39) EXTREMELY WELL MATCHED PEARLS. THE PEARLS ARE STRUNG KNOTTED AND COMPLETED WITH A CUSTOM CRAFTED 18 KARAT WHITE GOLD BALL CLASP PAVE SET WITH ONE HUNDRED AND EIGHT (108) WELL MATCHED ROUND BRILLIANT CUT DIAMOND 1.13 CARAT TOTAL WEIGHT, F-G COLOR, VS CLARITY. NECKLACE IS A TRADE MARKED DESIGN OF STEVNS JEWELERS INC | $ | 69,458 |

Reference Copy

℗  Copyright 1984 by Chubb & Son Inc. Form.no. Q1200000 05/85

Form B6B - (12/07)                                                                 2007 USBC, Central District of California

| In re **Daniel B. Kass** | Case No.: |
|---|---|
| **Debra A. Kass**    Debtors. | **9:12-bk-10470-RR**    (If known) |

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | Pacific Life Whole Life Insurance Policy | H | 12,079.00 |
| 10.Annuities.  Itemize and name each issuer. | X | | | |
| 11.Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1).Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.Stock and interests in incorporated and unincorporated businesses.  Itemize. | | 1.2 million share held in AEI | J | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | 8741 Berkley Court, LLC | J | 400,000.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | CCB Bakery, LLC | J | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | JDK Holdings, LLC | J | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | USWPN, LLC | J | 26,890.84 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Whodidily World, LLC | J | 0.00 |
| Stock and interests in incorporated and unincorporated businesses.  Itemize. | | Wisconsin Vacant Land, LLC | J | 900,000.00 |
| 14.Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.Accounts receivable. | | Loan due from J&J Services | J | 222,000.00 |
| Accounts receivable. | | Loan to AEI | J | 0.00 |
| 17.Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19.Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Form B6B - (12/07)                                                    2007 USBC, Central District of California

| In re | Daniel B. Kass | | Case No.: | |
|---|---|---|---|---|
| | Debra A. Kass | Debtors. | 9:12-bk-10470-RR | (If known) |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21.Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 GMC | J | 8,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Lincoln Navigator | J | 20,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Land Rover | J | 20,000.00 |
| 26.Boats, motors, and accessories. | X | | | |
| 27.Aircraft and accessories. | X | | | |
| 28.Office equipment, furnishings, and supplies. | | Six Laptops, One Ipad, Five Printers | J | 4,600.00 |
| 29.Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30.Inventory. | X | | | |
| 31.Animals. | X | | | |
| 32.Crops - growing or harvested. Give particulars. | X | | | |
| 33.Farming equipment and implements. | | 2006 Yamaha Rhino | J | 4,000.00 |
| 34.Farm supplies, chemicals, and feed. | X | | | |
| 35.Other personal property of any kind not already listed. Itemize. | X | | | |

_____2_____ continuation sheets attached

| | $2,497,403.84 |
|---|---|

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C - (4/10)                                                                    2010 USBC, Central District of California

| In re | Daniel B. Kass | | Case No.: | |
|---|---|---|---|---|
| | **Debra A. Kass** | Debtors. | **9:12-bk-10470-RR** | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450.*

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1518 East Mountain Drive, Santa Barbara, CA 93108 | C.C.P. § 704.730(a)(2) | 100,000.00 | 16,000,000.00 |
| 2010 Land Rover | C.C.P. § 704.010 | 2,725.00 | 20,000.00 |
| Farmer's Term Life Insurance Policy | C.C.P. § 704.100(a) | 0.00 | 0.00 |
| Household Goods and Furnishings | C.C.P. § 704.020 | 500,000.00 | 500,000.00 |
| Jewelry; See Attached | C.C.P. § 704.040 | 7,175.00 | 350,115.00 |
| Metlife Term Life Insurance Policy | C.C.P. § 704.100(a) | 0.00 | 0.00 |
| Pacific Life Whole Life Insurance Policy | C.C.P. § 704.100(b) | 11,475.00 | 12,079.00 |
| Six Laptops, One Ipad, Five Printers | C.C.P. § 704.060 | 4,600.00 | 4,600.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Form B6D - (12/07)                                                                                          2007 USBC, Central District of California

| In re | Daniel B. Kass | | Case No.: | |
|---|---|---|---|---|
| | Debra A. Kass | Debtors. | 9:12-bk-10470-RR | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.   1004641903 | | J | Second Lien on Residence 1518 East Mountain Drive, Santa Barbara, CA 93108 | | | | 2,665,000.00 | 0.00 |
| **Arch Bay** c/o Claudio R. Chavez Arch Bay Capital, LLC 3121 Michelson Drive, Suite 200 Irvine, CA 92612 | | | | | | | | |
| Assured Lender Services, Inc. 2552 Walnut Avenue Suite 110 Tustin, CA 92780 | | | Value  $16,000,000.00 | | | | | |

<u>2</u> continuation sheets attached

| | | | |
|---|---|---|---|
| | Subtotal (Total of this page) ➤ | $  2,665,000.00 | $  0.00 |
| | Total (Use only on last page) ➤ | $ | $ |
| | | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6D - (12/07)                                                                2007 USBC, Central District of California

| In re | Daniel B. Kass | | Case No.: | |
|---|---|---|---|---|
| | Debra A. Kass | Debtors. | 9:12-bk-10470-RR | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  011 070 41 00 Bernice James Treasurer-Tax Collector County of Santa Barbara P.O. Box 579 Santa Barbara, CA 93102-0579 | | J | Statutory Lien 1518 East Mountain Drive, Santa Barbara, CA 93108 _____ Value  $16,000,000.00 | | | | 72,000.00 | 0.00 |
| Last four digits of ACCOUNT NO.  2004368369-5 Citibank Citi Mortgage P.O. Box 689196 Des Moines, IA 50368 | | J | First Lien on Residence 1518 East Mountain Drive, Santa Barbara, CA 93108 _____ Value  $16,000,000.00 | | | | 6,000,000.00 | 0.00 |
| Last four digits of ACCOUNT NO.  2711249801 Citibank, N.A. P.O. Box 688923 Des Moines, IA 50368-8923 | | J | First Lien on Residence W2828 Orchard Avenue, Green Lake, WI 54941 _____ Value  $2,500,000.00 | | | | 1,800,000.00 | 0.00 |
| Last four digits of ACCOUNT NO.  004 00949 1501 Green Lake County Kathleen A. Morris P.O. Box 3188 Green Lake, WI 54941  Green Lake County Treasurer P.O. Box 3188 Green Lake, WI 54941 | | J | Statutory Lien W2828 Orchard Avenue, Green Lake, WI 54941 _____ Value  $2,500,000.00 | | | | 30,000.00 | 0.00 |
| Last four digits of ACCOUNT NO.  10-22-101-014 Lake County Collector 18 N County Street Suite 102 Waukegan, IL 60082-4361 | | J | Statutory Lien 610 Robert York Road, Deerfield, IL 60015 _____ Value  $400,000.00 | | | | 0.00 | 0.00 |

Sheet no. 1 of 2 continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

Subtotal(s)
(Total(s) of this page)                                $  7,902,000.00   $      0.00

Total(s)
(Use only on last page)                               $                 $

(Report total also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Form B6D - (12/07)                                        2007 USBC, Central District of California

| In re | Daniel B. Kass | | Case No.: | |
|---|---|---|---|---|
| | Debra A. Kass | Debtors. | 9:12-bk-10470-RR | (If known) |

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.   05506007441 <br> **South Commons Condo Association** <br> **P.O. Box 66607** <br> **Chicago, IL 60666-0607** | | J | **610 Robert York Road, Deerfield, IL 60015** <br><br> Value  **$400,000.00** | | | | 600.00 | 0.00 |
| Last four digits of ACCOUNT NO.   006-00116-0100 <br> **Town of Green Lake** <br> **Joyce Harttert, Treasurer** <br> **N2998 N. Kearley Road** <br> **Markesan, WI 53946-7705** | | J | **Statutory Lien** <br> **Lot at CSM 2989 Oakwood** <br> **Avenue, Green Lake, WI 54951** <br><br> Value  **$900,000.00** | | | | 30,000.00 | 0.00 |

Sheet no. _2_ of _2_ continuation sheets
attached to Schedule of Creditors Holding Secured
Claims

| | | |
|---|---|---|
| Subtotal(s) <br> (Total(s) of this page) | $    30,600.00 | $    0.00 |
| Total(s) <br> (Use only on last page) | $    10,597,600.00 | $    0.00 |
| | (Report total also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Form B6E- (Rev. 04/10)

| In re | Daniel B. Kass | | Case No.: | |
|---|---|---|---|---|
| | Debra A. Kass | Debtors. | 9:12-bk-10470-RR | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

❑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations:** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case:** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions:** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans:** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Form B6E- (Rev. 04/10)                                                                    2010 USBC, Central District of California

| In re   **Daniel B. Kass**<br>          **Debra A. Kass**                 Debtors. | Case No.:<br>**9:12-bk-10470-RR**          (If known) |
| --- | --- |

❑   **Certain farmers and fishermen:** Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals:** Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units:** Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution:** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated:** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 * Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

Form B6E- (Rev. 04/10)

2010 USBC, Central District of California

| In re | Daniel B. Kass | Case No.: | |
|---|---|---|---|
| | Debra A. Kass | | |
| | Debtors | 9:12-bk-10470-RR | (If known) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | **Business Taxes for USWPN for Tax Year** | | | X | 2,200.00 | 2,200.00 | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals
(Totals of this page)

| | | |
|---|---|---|
| $ 2,200.00 | $ 2,200.00 | $ 0.00 |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$ 2,200.00

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$ 2,200.00 $ 0.00

Form B6F (Official Form 6F) - (Rev. 12/07)    2007 USBC, Central District of California

| In re | Daniel B. Kass | | Case No.: | |
|---|---|---|---|---|
| | Debra A. Kass | Debtors. | 9:12-bk-10470-RR | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.    3717-064745-42001<br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000** | | J | **Credit Card** | | | | 30,800.00 |
| Last four digits of ACCOUNT NO.    **Kass**<br>**BNR Partners, LLC**<br>**20 N. Wacker Drive**<br>**Suite 1300**<br>**Chicago, IL 60606** | | J | **Professional Services; Business Debt JDK expense** | | | X | 21,900.00 |
| Last four digits of ACCOUNT NO.    5308-9900-0114-7396<br>**Citi Cards**<br>**P.O. Box 6410**<br>**The Lakes, NV 88901-6414** | | J | **Credit Card** | | | | 0.00 |

2    Continuation sheets attached

| | | |
|---|---|---|
| Subtotal ↗ | $ | 52,700.00 |
| Total ↗ | $ | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

Form B6F (Official Form 6F) - (Rev. 12/07)                                                 2007 USBC, Central District of California

| In re | Daniel B. Kass | | Case No.: | |
|---|---|---|---|---|
| | Debra A. Kass | Debtors. | 9:12-bk-10470-RR | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. 5466-1601-4517-7968<br>**Citi Cards**<br>**P.O. Box 6410**<br>**The Lakes, NV 88901-6419** | | J | **Credit Card** | | | | 250,000.00 |
| Last four digits of ACCOUNT NO. 5424-1807-5445-4806<br>**Citi Cards**<br>**P.O. Box 6410**<br>**The Lakes, NV 88901-6410** | | J | **Credit Card** | | | | 10,000.00 |
| Last four digits of ACCOUNT NO. K244-JDK Holdings, LLC<br>**Fuchs & Roselli, Ltd.**<br>**440 W Randolph Street**<br>**Suite 500**<br>**Chicago, IL 60606** | | J | **Professional Services; Business Debt** | | | X | 800.00 |
| Last four digits of ACCOUNT NO. K244-Kass<br>**Fuchs & Roselli, Ltd.**<br>**440 West Randolph Street**<br>**Suite 500**<br>**Chicago, IL 60606** | | J | **Professional Services** | | | | 2,500.00 |
| Last four digits of ACCOUNT NO.<br>**Pacific Life**<br>**P.O. Box 100957**<br>**Pasadena, CA 91189-0957** | | J | **Insurance Services; Account Numbers: VP60920190, VP61040560** | | | | 1,100.00 |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

|  | | |
|---|---|---|
| Subtotal | $ | 264,400.00 |
| Total | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the
Statistical Summary of Certain Liabilities and Related Data.)

Form B6F (Official Form 6F) - (Rev. 12/07)                                    2007 USBC, Central District of California

| In re | Daniel B. Kass | | Case No.: | |
|---|---|---|---|---|
| | Debra A. Kass | Debtors. | 9:12-bk-10470-RR | (If known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.  **Kass**<br>**Russell Mainini & Franklin**<br>**615 Clarion Court**<br>**Suite 1**<br>**San Luis Obispo, CA 93401** | | J | **Professional Services; Personal and Business Debt** | | | | 1,000.00 |
| Last four digits of ACCOUNT NO.  **4397-0800-0120-0109**<br>**UBS Signature Visa Card**<br>**P.O. Box 203219**<br>**Dept 83703**<br>**Dallas, TX 75320** | | J | **Credit Card** | | | | 100,000.00 |

Sheet no.  2  of 2  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

| | Subtotal | $ | 101,000.00 |
|---|---|---|---|
| | Total | $ | 418,100.00 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

**Form B6G - (12/07)**

| In re | **Daniel B. Kass** | | Case No.: | |
|---|---|---|---|---|
| | **Debra A. Kass** | Debtors. | **9:12-bk-10470-RR** | (If known) |

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

**Form B6H - (12/07)**                                                                                  **2007 USBC, Central District of California**

| In re | **Daniel B. Kass** | | Case No.: | |
|---|---|---|---|---|
| | **Debra A. Kass** | Debtors. | **9:12-bk-10470-RR** | (If known) |

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I - (Rev. 12/07)                                        2007 USBC, Central District of California

| In re | | |
|---|---|---|
| **Daniel B. Kass** | | Case No.: |
| **Debra A. Kass** | Debtors. | **9:12-bk-10470-RR**    (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status:   **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S) | AGE(S) |
| | Son | 15 |
| | Son | 13 |
| | Daughter | 9 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Executive Consultant** | Homemaker |
| Name of Employer | **NCSA** | |
| How long employed | | |
| Address of Employer | **1415 Dayton Street, 14th Floor Chicago, IL 60642** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

|  | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 41,667.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. **SUBTOTAL** | $ 41,667.00 | $ 0.00 |
| 4. **LESS PAYROLL DEDUCTIONS** | | |
|    a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
|    b. Insurance | $ 0.00 | $ 0.00 |
|    c. Union dues | $ 0.00 | $ 0.00 |
|    d. Other *(specify)* | $ 0.00 | $ 0.00 |
| 5. **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 0.00 | $ 0.00 |
| 6. **TOTAL NET MONTHLY TAKE HOME PAY** | $ 41,667.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance *(Specify)* | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income *(Specify)* | $ 0.00 | $ 0.00 |
| 14. **SUBTOTAL OF LINES 7 THROUGH 13** | $ 0.00 | $ 0.00 |
| 15. **AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 41,667.00 | $ 0.00 |
| 16. **COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15) | $ 41,667.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

Form B6I  - (Rev. 12/07)                                                      2007 USBC, Central District of California

| In re   **Daniel B. Kass** | | Case No.: |
| **Debra A. Kass** | Debtors. | **9:12-bk-10470-RR**        (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:
**Contract with NCSA $500,000 base salary and 15% gross profit above base in 1/1/2010.**
**Debtor will be signing a contract with Rabine within the next few weeks  base salary unknown at this point and**
**7-15% gross profit.**

Form B6J - (Rev. 12/07)                                                              2007 USBC, Central District of California

| In re | **Daniel B. Kass** | | Case No.: | |
|---|---|---|---|---|
| | **Debra A. Kass** | Debtors. | **9:12-bk-10470-RR** | (If known) |

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 19,252.06 |
|    a. Are real estate taxes included?   Yes _____  No ✓ | | |
|    b. Is property insurance included?   Yes _____  No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 6,600.00 |
|    b. Water and sewer | $ | 1,024.00 |
|    c. Telephone | $ | 900.00 |
|    d. Other **Cable and internet** | $ | 500.00 |
|       **Garbage** | $ | 80.00 |
|       **Soft Water** | $ | 300.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 4,900.00 |
| 4. Food | $ | 4,000.00 |
| 5. Clothing | $ | 1,000.00 |
| 6. Laundry and dry cleaning | $ | 600.00 |
| 7. Medical and dental expenses | $ | 2,000.00 |
| 8. Transportation (not including car payments) | $ | 2,000.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 2,000.00 |
| 10. Charitable contributions | $ | 1,500.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | 0.00 |
|    b. Life | $ | 0.00 |
|    c. Health | $ | 0.00 |
|    d. Auto | $ | 0.00 |
|    e. Other **All policies together** | $ | 17,000.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)  **Property** | $ | 10,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 0.00 |
|    b. Other **Assessed Taxes for 610 Robert York Road** | $ | 500.00 |
|       **Income Taxes** | $ | 10,000.00 |
|       **Property Taxes for 610 Robert York Road** | $ | 691.92 |
|       **Property Taxes on Wisconsin lots** | $ | 1,750.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Private School** | $ | 2,700.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 89,297.98 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|    a. Average monthly income from Line 15 of Schedule I | $ | 41,667.00 |
|    b. Average monthly expenses from Line 18 above | $ | 89,297.98 |
|    c. Monthly net income (a. minus b.) | $ | -47,630.98 |

Form B6J - (Rev. 12/07)                                                          2007 USBC, Central District of California

| In re | Daniel B. Kass | | Case No.: | |
|---|---|---|---|---|
| | Debra A. Kass | Debtors. | 9:12-bk-10470-RR | (If known) |

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

### Addendum
Additional Information

The tenants at 8741 Berkley Court pays the taxes and assements.

Form B6 - Declaration(Rev 12/07)                                    2007 USBC, Central District of California

| In re  Daniel B. Kass | Case No.: |
|---|---|
| Debra A. Kass | 9:12-bk-10470-RR |
| Debtors. | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **23** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _2-17-12_                    Signature: _____
                                                                 ~~Daniel B. Kass~~
                                                                                         Debtor

Date: _2-17-12_                    Signature: _____
                                                                 Debra A. Kass
                                                                                         (Joint Debtor, if any)

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

### (NOT APPLICABLE)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*