Statement of Financial Affairs (Form 7) - Page 1 - (Rev. 4/10)   2010 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**Central District of California**

| In re | Daniel B. Kass | | Case No.: **9:12-bk-10470-RR** | |
|---|---|---|---|---|
| | Debra A. Kass | Debtors. | **9:12-bk-10470-RR** | (If known) |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| -276,634.00 | Many different sources-see tax return | 2010 |
| 130,000.00 | Various sources | 2011 |
| 193,000.00 | JDK Holdings, LLC | 2011 |
| 41,667.00 | NCSA | 2012 |

Statement of Financial Affairs (Form 7) - Page 2 - (Rev. 4/10)                                    2010 USBC, Central District of California

### 2. Income other than from employment or operation of business

None ☑ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐ a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Arch Bay<br>c/o Claudio R. Chavez<br>Arch Bay Capital, LLC<br>3121 Michelson Drive, Suite 200<br>Irvine, CA 92612 | Regular monthly payments | | 2,665,000.00 |
| Citibank<br>Citi Mortgage<br>P.O. Box 689196<br>Des Moines, IA 50368 | Regular monthly payments | 19,252.06 | 6,000,000.00 |
| See Attached | | | |

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

---

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**PAYMENTS TO CREDITORS WITHIN THE LAST 90 DAYS (NOVEMBER 2011 THROUGH JANUARY 2012)**

| Date | Description | Amount |
|---|---|---|
| 1/31/2012 | CHECK PAID 01788 RKK MIAUI | ($1,000.00) |
| 1/31/2012 | TO Y4 04436 9200 | ($600.00) |
| 1/30/2012 | CHECK PAID 01728 DR SEAN EARLY | ($435.74) |
| 1/30/2012 | ACH WITHDRAWAL CITI CARD ONLINE | ($10,095.25) |
| 1/27/2012 | DEBIT CARD ACTIVITY | ($468.79) |
| 1/26/2012 | CHECK # 0000282618 TO PACIFIC LIFE | ($929.71) |
| 1/26/2012 | ACH WITHDRAWAL AMERICAN EXPRESS | ($2,850.00) |
| 1/24/2012 | SOCAL PEST CONTROL BILL PAYMENT | ($920.00) |
| 1/24/2012 | METLIFE BILL PAYMENT | ($4,568.13) |
| 1/24/2012 | VERIZON WIRELESS BILL PAYMENT | ($394.11) |
| 1/24/2012 | PACIFIC POOL SERVICES BILL PAYMENT | ($1,098.99) |
| 1/24/2012 | CHECK PAID 01785 JORGE CARMEN | ($110.78) |
| 1/24/2012 | ACH WITHDRAWAL FARMERS N W LIFE | ($86.16) |
| 1/23/2012 | FEDERAL FUNDS COMPLIMENTARY FED FUND WIRE | ($5,000.00) |
| 1/20/2012 | CREDIT CARD PAYMENT | ($384.04) |
| 1/19/2012 | CHECK PAID 01786 ADELA TORRES | ($650.00) |
| 1/19/2012 | TO Y4 04436 9200 | ($980.00) |
| 1/19/2012 | ACH WITHDRAWAL CITI CARD ONLINE | ($1,500.00) |
| 1/18/2012 | CHECK PAID 01782 SR HOGUE | ($101.82) |
| 1/18/2012 | CHECK PAID 01781 MONTECITO PET HOSPITAL | ($61.92) |
| 1/17/2012 | CASH WITHDRAWAL | ($203.00) |
| 1/17/2012 | CASH WITHDRAWAL | ($203.00) |
| 1/17/2012 | CASH WITHDRAWAL | ($303.00) |
| 1/17/2012 | ACH WITHDRAWAL AMERICAN EXPRESS | ($1,000.00) |
| 1/17/2012 | ACH WITHDRAWAL CITI CARD ONLINE | ($2,000.00) |
| 1/13/2012 | CHECK PAID 01727 CITY OF PISMO BEACH | ($40.00) |
| 1/13/2012 | CHECK # 0000277050 TO PACIFIC LIFE | ($265.24) |
| 1/12/2012 | CHECK PAID 01783 SAKS FIFTH AVE | ($100.00) |
| 1/12/2012 | CHECK PAID 01750 J R RICHARDS | ($45.00) |
| 1/10/2012 | CASH WITHDRAWAL | ($303.00) |
| 1/10/2012 | SOUTH COMMONS CONDO ASSOC BILL PAYMENT | ($1,025.27) |
| 1/10/2012 | TO Y4 04437 7200 | ($430.00) |
| 1/9/2012 | PURE WATER SYSTEMS BILL PAYMENT | ($24.00) |
| 1/9/2012 | ALLIANT ENERGY BILL PAYMENT | ($93.74) |
| 1/9/2012 | WE ENGERGIES BILL PAYMENT | ($252.01) |
| 1/9/2012 | SUMMERLAND LANDSCAPE BILL PAYMENT | ($1,650.00) |
| 1/9/2012 | ALARM DETECTION SYSTEMS INC BILL PAYMENT | ($651.99) |

| Date | Description | Amount |
|---|---|---|
| 1/9/2012 | CENTURYLINK BILL PAYMENT | ($99.30) |
| 1/9/2012 | LAGUNA BLANCA SCHOOL (JUSTIN) BILL PAYMENT | ($2,661.77) |
| 1/9/2012 | CHECK PAID 01751 DMV | ($233.00) |
| 1/9/2012 | CHECK PAID 01718 CATERING | ($500.00) |
| 1/9/2012 | CHECK PAID 01780 ADELA TORRES | ($615.00) |
| 1/9/2012 | TO Y4 04437 7100 | ($1,100.00) |
| 1/9/2012 | ACH WITHDRAWAL CITI CARD ONLINE | ($5,800.00) |
| 1/9/2012 | SECRETARY OF STATE | (250.00) |
| 1/9/2012 | SECRETARY OF STATE | (250.00) |
| 1/6/2012 | TO Y4 04437 7200 | ($6,050.00) |
| 1/5/2012 | CHECK PAID 01719 LISA RAMIREZ | ($145.00) |
| 1/5/2012 | TO Y4 04436 9200 | ($200.00) |
| 1/5/2012 | BNR PARTNERS | (7,300.00) |
| 1/4/2012 | MONTECITO WATER DISTRICT BILL PAYMENT | ($1,100.00) |
| 1/4/2012 | SOUTHERN CALIFORNIA EDISON BILL PAYMENT | ($3,871.72) |
| 1/4/2012 | CITIBANK, N.A. BILL PAYMENT | ($5,500.00) |
| 1/4/2012 | CITI MORTGAGE BILL PAYMENT | ($19,252.06) |
| 1/4/2012 | SOUTHERN CALIFORNIA GAS BILL PAYMENT | ($1,859.24) |
| 1/4/2012 | CHECK PAID 01726 RICK MIAWI | ($1,000.00) |
| 1/3/2012 | TO Y4 04436 9100 | ($2,860.00) |
| 12/29/2011 | ACH WITHDRAWAL CITI CARD ONLINE | ($8,000.00) |
| 12/28/2011 | COX COMMUNICATIONS BILL PAYMENT | (465.34) |
| 12/28/2011 | COX COMMUNICATIONS BILL PAYMENT | ($465.34) |
| 12/27/2011 | VERIZON WIRELESS BILL PAYMENT | (398.52) |
| 12/27/2011 | CHARTER COMMUNICATIONS BILL PAYMENT | (216.13) |
| 12/27/2011 | CHARTER COMMUNICATIONS BILL PAYMENT | ($216.13) |
| 12/27/2011 | VERIZON WIRELESS BILL PAYMENT | ($398.52) |
| 12/27/2011 | CHECK PAID 01717 RICK MAIANE | ($100.00) |
| 12/27/2011 | TO Y4 04436 9100 | ($3,240.00) |
| 12/27/2011 | TO Y4 04436 9100 | ($25.00) |
| 12/23/2011 | CHECK PAID 01716 ADELA TORRES | ($630.00) |
| 12/23/2011 | ACH WITHDRAWAL FARMERS N W LIFE | ($86.16) |
| 12/21/2011 | TO Y4 04436 9200 | ($590.00) |
| 12/21/2011 | ACH WITHDRAWAL CITI CARD ONLINE | ($5,000.00) |
| 12/20/2011 | CASH WITHDRAWAL | ($301.50) |
| 12/20/2011 | CREDIT CARD PAYMENT | ($284.77) |
| 12/19/2011 | CHECK PAID 01715 ADELA TORRES | ($725.00) |
| 12/16/2011 | CHECK PAID 01629 SR HOGUE | ($191.26) |

| Date | Description | Amount |
|---|---|---|
| 12/16/2011 | ACH WITHDRAWAL AMERICAN EXPRESS | ($1,000.00) |
| 12/12/2011 | CHECK PAID 01685 LAGUNA BLANCA | ($217.50) |
| 12/9/2011 | CHECK PAID 01687 JOHN RICHARDS | ($45.00) |
| 12/9/2011 | FEDERAL FUNDS COMPLIMENTARY FED FUND WIRE | ($5,000.00) |
| 12/7/2011 | CHECK PAID 01686 PATRICK MARANI | ($250.00) |
| 12/5/2011 | CHECK PAID 01684 TEDDY BEAR CANCER | ($500.00) |
| 12/5/2011 | ACH WITHDRAWAL CITI CARD ONLINE | ($10,000.00) |
| 12/5/2011 | CHECK PAID 01338 CSC | (168.78) |
| 12/5/2011 | CHECK PAID 01339 CSC | (168.78) |
| 11/29/2011 | SOUTHERN CALIFORNIA EDISON BILL PAYMENT | (115.56) |
| 11/29/2011 | CASITAS MUNICIPAL WATER DISTRIBILL PAYMENT | (48.10) |
| 11/29/2011 | THE GAS COMPANY (1932) BILL PAYMENT | (20.40) |
| 11/29/2011 | SOUTHERN CALIFORNIA EDISON BILL PAYMENT | (115.56) |
| 11/29/2011 | CASITAS MUNICIPAL WATER DISTRIBILL PAYMENT | (48.10) |
| 11/29/2011 | THE GAS COMPANY (1932) BILL PAYMENT | (20.40) |
| 11/29/2011 | PACIFIC POOL SERVICES BILL PAYMENT | (1,812.03) |
| 11/29/2011 | SOCAL PEST CONTROL BILL PAYMENT | (2,540.00) |
| 11/29/2011 | AT&T/SBC BILL PAYMENT | (4.69) |
| 11/29/2011 | CHARTER COMMUNICATIONS BILL PAYMENT | (194.21) |
| 11/29/2011 | CENTURYLINK BILL PAYMENT | (202.47) |
| 11/29/2011 | VERIZON WIRELESS BILL PAYMENT | (204.50) |
| 11/29/2011 | AL'S PUMPING SERVICE BILL PAYMENT | (90.00) |
| 11/29/2011 | WE ENGERGIES BILL PAYMENT | (114.76) |
| 11/29/2011 | MARBORG INDUSTRIES BILL PAYMENT | (237.02) |
| 11/29/2011 | THE UPS STORE BILL PAYMENT | (372.00) |
| 11/29/2011 | CITI CARDS BILL PAYMENT | (200.00) |
| 11/29/2011 | PURE WATER SYSTEMS BILL PAYMENT | (53.00) |
| 11/29/2011 | PURE WATER SYSTEMS BILL PAYMENT | (335.00) |
| 11/29/2011 | MARBORG INDUSTRIES BILL PAYMENT | ($237.02) |
| 11/29/2011 | CHARTER COMMUNICATIONS BILL PAYMENT | ($194.21) |
| 11/29/2011 | CENTURYLINK BILL PAYMENT | ($202.47) |
| 11/29/2011 | AT&T/SBC BILL PAYMENT | ($4.69) |
| 11/29/2011 | THE UPS STORE BILL PAYMENT | ($372.00) |
| 11/29/2011 | CITI CARDS BILL PAYMENT | ($200.00) |
| 11/29/2011 | PURE WATER SYSTEMS BILL PAYMENT | ($53.00) |
| 11/29/2011 | PURE WATER SYSTEMS BILL PAYMENT | ($335.00) |
| 11/29/2011 | ALLIANT ENERGY BILL PAYMENT | ($110.55) |
| 11/29/2011 | VERIZON BILL PAYMENT | ($410.65) |
| 11/29/2011 | PACIFIC POOL SERVICES BILL PAYMENT | ($1,812.03) |
| 11/29/2011 | SOCAL PEST CONTROL BILL PAYMENT | ($2,540.00) |
| 11/29/2011 | VERIZON WIRELESS BILL PAYMENT | ($204.50) |

| Date | Description | Amount |
|---|---|---|
| 11/29/2011 | AL'S PUMPING SERVICE BILL PAYMENT | ($90.00) |
| 11/29/2011 | WE ENGERGIES BILL PAYMENT | ($114.76) |
| 11/29/2011 | ALLIANT ENERGY BILL PAYMENT | (110.55) |
| 11/29/2011 | VERIZON BILL PAYMENT | (410.65) |
| 11/28/2011 | CHUBB GROUP OF INS COS BILL PAYMENT | (514.02) |
| 11/28/2011 | NEIMAN MARCUS BILL PAYMENT | (449.58) |
| 11/28/2011 | SOUTHERN CALIFORNIA GAS BILL PAYMENT | (1,670.15) |
| 11/28/2011 | CHUBB GROUP OF INS COS BILL PAYMENT | (514.02) |
| 11/28/2011 | SUMMERLAND LANDSCAPE BILL PAYMENT | (2,417.50) |
| 11/28/2011 | LAGUNA BLANCA SCHOOL (JUSTIN) BILL PAYMENT | (2,661.77) |
| 11/28/2011 | CHUBB GROUP OF INS COS BILL PAYMENT | (229.97) |
| 11/28/2011 | CHUBB GROUP OF INS COS BILL PAYMENT | (1,179.82) |
| 11/28/2011 | CHUBB GROUP OF INS COS BILL PAYMENT | (1,675.14) |
| 11/28/2011 | CHUBB GROUP OF INS CO BILL PAYMENT | (110.81) |
| 11/28/2011 | CHUBB GROUP OF INS COS BILL PAYMENT | (4,665.06) |
| 11/28/2011 | CHUBB GROUP OF INS COS BILL PAYMENT | ($4,665.06) |
| 11/28/2011 | CHUBB GROUP OF INS COS BILL PAYMENT | ($229.97) |
| 11/28/2011 | CHUBB GROUP OF INS COS BILL PAYMENT | ($1,179.82) |
| 11/28/2011 | CHUBB GROUP OF INS COS BILL PAYMENT | ($1,675.14) |
| 11/28/2011 | CHUBB GROUP OF INS CO BILL PAYMENT | ($110.81) |
| 11/28/2011 | NEIMAN MARCUS BILL PAYMENT | ($150.00) |
| 11/28/2011 | SOUTHERN CALIFORNIA GAS BILL PAYMENT | ($1,670.15) |
| 11/28/2011 | NEIMAN MARCUS BILL PAYMENT | ($449.58) |
| 11/28/2011 | SUMMERLAND LANDSCAPE BILL PAYMENT | ($2,417.50) |
| 11/28/2011 | LAGUNA BLANCA SCHOOL (JUSTIN) BILL PAYMENT | ($2,661.77) |
| 11/25/2011 | CHECK PAID 01712 ADELA | ($702.00) |
| 11/25/2011 | CHECK PAID 01713 RICK MIAWI | ($1,000.00) |
| 11/25/2011 | ACH WITHDRAWAL CITI CARD ONLINE | ($10,000.00) |
| 11/22/2011 | MONTECITO WATER DISTRICT BILL PAYMENT | (4,101.68) |
| 11/22/2011 | SOUTHERN CALIFORNIA EDISON BILL PAYMENT | (3,706.07) |
| 11/22/2011 | SOUTHERN CALIFORNIA EDISON BILL PAYMENT | ($3,706.07) |
| 11/22/2011 | MONTECITO WATER DISTRICT BILL PAYMENT | ($4,101.68) |
| 11/23/2011 | ACH WITHDRAWAL FARMERS N W LIFE | ($86.16) |
| 11/21/2011 | CHECK PAID 01710 GEORGE PENDERGAST | ($150.00) |
| 11/21/2011 | TO Y4 04436 9200 | ($1,500.00) |
| 11/21/2011 | CREDIT CARD PAYMENT | ($284.80) |
| 11/18/2011 | CHECK PAID 01711 PATRICK MARANI | ($350.00) |
| 11/16/2011 | CHECK PAID 01707 SAKS FIFTH AVE | ($75.00) |
| 11/16/2011 | CHECK PAID 01705 MONTECITO PET HOSPITAL | ($172.80) |
| 11/16/2011 | ACH WITHDRAWAL AMERICAN EXPRESS | ($7,000.00) |

| Date | Description | Amount |
|---|---|---|
| 11/15/2011 | CHECK PAID 01709 ADELA TORRES | ($560.00) |
| 11/14/2011 | CASH WITHDRAWAL | ($803.00) |
| 11/14/2011 | CHECK PAID 01706 RARE ADDITIONS | ($3,000.00) |
| 11/10/2011 | TO Y4 04436 9200 | ($3,978.00) |
| 11/10/2011 | FEDERAL FUNDS COMPLIMENTARY FED FUND WIRE | ($7,817.00) |
| 11/9/2011 | CHECK PAID 01628 MISSION APPLIANCES SERV | ($473.24) |
| 11/9/2011 | CHECK PAID 01704 SR HOGUE | ($134.69) |
| 11/7/2011 | ACH WITHDRAWAL CITI CARD ONLINE | ($10,000.00) |
| 11/7/2011 | LAKE COUNTY COLLECTOR BILL PAYMENT | (8,748.91) |
| 11/4/2011 | COX COMMUNICATIONS BILL PAYMENT | (465.34) |
| 11/4/2011 | SOUTHERN CALIFORNIA EDISON BILL PAYMENT | (3,579.99) |
| 11/4/2011 | LAGUNA BLANCA SCHOOL (JUSTIN) BILL PAYMENT | (2,661.77) |
| 11/4/2011 | CITI CARDS BILL PAYMENT | (160.00) |
| 11/4/2011 | SOUTH COMMONS CONDO ASSOC BILL PAYMENT | (928.70) |
| 11/4/2011 | CITI CARDS BILL PAYMENT | (2,800.00) |
| 11/4/2011 | J&J SERVICES BILL PAYMENT | (5,286.95) |
| 11/4/2011 | CITI CARDS BILL PAYMENT | ($160.00) |
| 11/4/2011 | SOUTHERN CALIFORNIA EDISON BILL PAYMENT | ($3,579.99) |
| 11/4/2011 | LAGUNA BLANCA SCHOOL (JUSTIN) BILL PAYMENT | ($2,661.77) |
| 11/4/2011 | CITI CARDS BILL PAYMENT | ($2,800.00) |
| 11/4/2011 | J&J SERVICES BILL PAYMENT | ($5,286.95) |
| 11/4/2011 | SOUTHERN CALIFORNIA GAS BILL PAYMENT | ($1,387.94) |
| 11/4/2011 | COX COMMUNICATIONS BILL PAYMENT | ($465.34) |
| 11/4/2011 | CHECK PAID 01626 LISA RAMIREZ | ($165.00) |
| 11/4/2011 | TO Y4 04437 7200 | ($10,000.00) |
| 11/4/2011 | SOUTH COMMONS CONDO ASSOC BILL PAYMENT | (928.70) |
| 11/3/2011 | CHECK PAID 01336 SEC OF STATE | (250.00) |
| 11/4/2011 | SOUTHERN CALIFORNIA GAS BILL PAYMENT | (1,387.94) |
| 11/2/2011 | CITIBANK, N.A. BILL PAYMENT | ($5,094.98) |
| 11/2/2011 | CITI MORTGAGE BILL PAYMENT | ($19,252.06) |
| 11/2/2011 | CHECK PAID 01724 RICK MIANI | ($1,300.00) |
| 11/2/2011 | CHECK PAID 01627 LENKA BERGLOVA | ($675.00) |
| 11/2/2011 | CITIBANK, N.A. BILL PAYMENT | (5,094.98) |
| 11/2/2011 | CITI MORTGAGE BILL PAYMENT | (19,252.06) |

Statement of Financial Affairs (Form 7) - Page 3 - (Rev. 4/10)                                    2010 USBC, Central District of California

---

None ☑    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

---

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | 09/09/2011 | Tax lien attached to 1518 E Mountain Drive and 1932 D. Jameson, Montecito, CA 93108 |

---

### 5. Repossessions, foreclosures and returns

None ☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

### 6. Assignments and receiverships

None ☑    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page 4 - (Rev. 4/10)                                               2010 USBC, Central District of California

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Breach Cancer Research Foundation**<br>60 East 56th Street<br>8th Floor<br>New York, NY 10022 | No Relation | 09/01/2011 | $500.00 |
| **Dream Foundation**<br>1528 Chapala Street<br>Suite 304<br>Santa Barbara, CA 93101 | No Relation | 11/01/2011 | $3,000.00 |
| **Storyteller Foundation** | No Relation | 01/01/2012 | $500.00 |
| **Teddy Bear Cancer Foundation**<br>2320 Bath Street<br>Suite 107<br>Santa Barbara, CA 93105 | No Relation | 10/01/2011 | $3,000.00 |

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page 5 - (Rev. 4/10)    2010 USBC, Central District of California

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Beall & Burkhardt<br>1114 State Street<br>Suite 200<br>Santa Barbara, CA 93101 | 2/3/12 | Retainer of $51,084.88 |
| SurePath Financial Solutions | 2/3/12 | $75.00 |

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Frank Huerta<br>1932 D Jameson<br>Montecito, CA 93108<br>    No Relation | 09/19/2011 | 1932 D Jameson, Montecito, CA 93108<br>$533,128.67 |
| Jeffrey and Janine Smith<br>5502 Rincon Beach Drive<br>Ventura, CA 93001<br>    No Relation | 06/28/2011 | 5502 Rincon Beach Drive, Ventura, CA 93001<br>$1,400,007.47 |
| Patrick D. Daley, Jean Palmer-Daley<br>5486 Rincon Beach Park Drive<br>Ventura, CA 93001<br>    No Relation | 03/19/2011 | 5486 Rincon Beach Park Drive, Ventura, CA 93001<br>$1,225,000.00 |
| SB Auto Group<br>101 Hope Avenue<br>Santa Barbara, CA 93105<br>    No Relation | 01/06/2011 | 2011 Jaguar XLS<br>$65,000.00 |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page 6 - (Rev. 4/10)                                    2010 USBC, Central District of California

### 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ☐ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| Montecito Bank & Trust 1106 A Coast Village Road Montecito, CA 93108 | Debra Kass | Jewelry | 06/01/2010 |

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Statement of Financial Affairs (Form 7) - Page 7 - (Rev. 4/10)                                                                 2010 USBC, Central District of California

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Statement of Financial Affairs (Form 7) - Page 8 - (Rev. 4/10)                                                                2010 USBC, Central District of California

## 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **8741 Berkley Court, LLC** | | 8741 Berkley Court Orland Park, IL 60462 | Real Estate Holding Company | 12/10/2004 |
| **CCB Bakery, LLC** | | 1187 Coast Village Road 1-111 Montecito, CA 93108 | Bakery | 01/01/2011 |
| **JDK Holdings, LLC** | 02-0603074 | 1187 Coast Village Road 1-111 Montecito, CA 93108 | Real Estate Holding Company | 01/01/2001 |
| **USWPN, LLC** | | 1187 Coast Village Road 1-111 Montecito, CA 93108 | | 09/01/2008 |
| **Whodidly World, LLC** | 27-3472490 | 1187 Coast Village Road 1-111 Montecito, CA 93108 | Cupcake Company | 07/01/2010 |
| **Wisconsin Vacant Land, LLC** | | | Real Estate Holding Company | 07/22/2005 |

None ☑ b.   Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                                             ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner or more than 5 percent of the voting or equity securities of a corporation; a partner, other than limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                          DATES SERVICES RENDERED

**Russell, Mainini & Franklin**

Statement of Financial Affairs (Form 7) - Page 9 - (Rev. 4/10)                                                                                              2010 USBC, Central District of California

---

None ☑    b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|--------------------------|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

**Petitioner**

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

**Various**

## 20. Inventories

None ☑    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ☑    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☑    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

Statement of Financial Affairs (Form 7) - Page 10 - (Rev. 4/10)    2010 USBC, Central District of California

### 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

● ● ● ● ● ● ● ● ●

Statement of Financial Affairs (Form 7) - Page 11 - (Rev. 4/10)    2010 USBC, Central District of California

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   2-17-12             Signature
                           of Debtor     Daniel B. Kass

Date   2-17-12             Signature
                           of Joint Debtor  Debra A. Kass
                           (if any)