February 2006                                                      2006 USBC Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re<br>Daniel B. Kass<br>Debra A. Kass                                   Debtor(s). | CHAPTER:   11<br><br>CASE NO.:   9:12-bk-10470-RR |

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Daniel B. Kass** _____, the debtor in this case, declare under penalty
          *(Print Name of Debtor)*

of perjury under the laws of the United States of America that:

☐　　I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment
　　　income for the 60-day period prior to the date of the filing of my bankruptcy petition.
　　　*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☑　　I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and
　　　received no payment from any other employer.

☐　　I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


I, **Debra A. Kass** _____, the debtor in this case, declare under penalty
          *(Print Name of Joint Debtor, if any)*

of perjury under the laws of the United States of America that:

☐　　I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment
　　　income for the 60-day period prior to the date of the filing of my bankruptcy petition.
　　　*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

☐　　I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and
　　　received no payment from any other employer.

☑　　I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date _____2-17-12_____      Signature _____
                                                  **Daniel B. Kass**
                                                        *Debtor*

Date _____2-17-12_____      Signature _____
                                                  **Debra A. Kass**
                                                  *Joint Debtor (if any)*

## PERSONAL AND CHECK INFORMATION

INTERCULTURE
C/O DAN KASS
3617 HILLSIDE RD
BALTIMORE, MD 21207

Soc Sec #: XXX-XX-XXXX    Employee ID: 497
Hire Date: 12/21/11
Status:
Filing Status:
Federal: Single, 0
State: IL, Single, 0
Dept: 150

Pay Period: 01/16/12 to 01/31/12
Check Date: 01/31/12        Check #: Direct Deposit

### NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 4968 | 22080.33 | 22080.33 |
| Net Pay | 22080.33 | 22080.33 |

## EARNINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| | RATE | PMTS | UNITS | |
| 1099 | 41666.66 | 41666.66 |
| HOURS WORKED | | |
| ADJ EARNINGS | 41666.66 | 41666.66 |
| GROSS EARNINGS | 41666.66 | 41666.66 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| MISCELLANEOUS | 20833.33 | 20833.33 |
| REIMBURSEMENT | -1247.00 | -1247.00 |
| TOTAL | 19586.33 | 19586.33 |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| NET PAY | 22080.33 | 22080.33 |

### > > > MESSAGES < < <
Commit - Succeed - Lead!

Payrolls by Paychex, Inc.

**0405-4671** NATIONAL COLLEGIATE SCOUTING

## PERSONAL AND CHECK INFORMATION

INTERCULTURE
C/O DAN KASS
3617 HILLSIDE RD
BALTIMORE, MD 21207

**Soc Sec #:** XXX-XX-XXXX    **Employee ID:** 497
**Hire Date:** 12/21/11
**Status:**
**Filing Status:**
Federal: Single, 0
State: IL, Single, 0
**Dept:** 150

**Pay Period:** 02/01/12 to 02/15/12
**Check Date:** 02/14/12       **Check #:** Direct Deposit

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 4968 | 23135.37 | 45215.70 |
| **Net Pay** | **23135.37** | **45215.70** |

## EARNINGS

| DESCRIPTION | RATE | UNITS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| 1099 | | | 20833.33 | 62499.99 |
| *HOURS WORKED* | | | | |
| *ADJ EARNINGS* | | | 20833.33 | 62499.99 |
| *GROSS EARNINGS* | | | 20833.33 | 62499.99 |

## DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| MISCELLANEOUS | | 20833.33 |
| REIMBURSEMENT | -2302.04 | -3549.04 |
| **TOTAL** | **-2302.04** | **17284.29** |

## WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| **TOTAL** | 0.00 | 0.00 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | **23135.37** | **45215.70** |

**> > > MESSAGES < < <**
Commit - Succeed - Lead!

*Payrolls by Paychex, Inc.*

**0405-4671** NATIONAL COLLEGIATE SCOUTING ▪

## PERSONAL AND CHECK INFORMATION

INTERCULTURE
C/O DAN KASS
3617 HILLSIDE RD
BALTIMORE, MD 21207

**Soc Sec #:** XXX-XX-XXXX    **Employee ID:** 497
**Hire Date:** 12/21/11
**Status:**
**Filing Status:**
Federal: Single, 0
State: IL, Single, 0
**Dept:** 150

**Pay Period:** 12/16/11 to 12/31/11
**Check Date:** 12/30/11        **Check #:** Direct Deposit

## NET PAY ALLOCATIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 4968 | 80825.64 | 80825.64 |
| Net Pay | 80825.64 | 80825.64 |

### EARNINGS

| Desc | UNITS | CURRENT ($) | YTD Desc | UNITS | YTD ($) |
|---|---|---|---|---|---|
| 1099 | | 80000.00 | | | 80000.00 |
| HOURS WORKED | | | | | |
| ADJ EARNINGS | | 80000.00 | | | 80000.00 |
| GROSS EARNINGS | | 80000.00 | | | 80000.00 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| AFTER TAX MEDIC | 1247.00 | 1247.00 |
| REIMBURSEMENT | -2072.64 | -2072.64 |
| TOTAL | -825.64 | -825.64 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| TOTAL | 0.00 | 0.00 |

### > > > MESSAGES < < <

Commit - Succeed - Lead!

Payrolls by Paychex, Inc.

**0405-4671** NATIONAL COLLEGIATE SCOUTING

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 80825.64 | 80825.64 |