Verification of Creditor Mailing List - (Rev. 10/05)    2003 USBC, Central District of California

## AMENDED
## MASTER MAILING LIST

### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name: William C. Beall
Address: Beall & Burkhardt
1114 State Street
Suite 200
Santa Barbara, CA 93101
Telephone: 805 966-6774

☑ Attorney for Debtor(s)
☐ Debtor In Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>Daniel B. Kass<br>aw JDK Holdings, LLC<br>aw USWPN, Corp.<br>aw Whodidly World, LLC<br>aw CCB Bakery, LLC<br>aw Wisconsin Vacant Land, LLC<br>aw 8741 Berkley Court, LLC<br>Debra A. Kass | Case No.: 9:12-bk-10470-RR |
|---|---|
| | Chapter: 11 |

## AMENDED
## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of ___4___ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: 2-17-12

_William C. Beall_ (signature)
William C. Beall, Attorney (if applicable)

_Daniel B. Kass_ (signature), Debtor

_Debra A. Kass_ (signature)
Debra A. Kass, Joint Debtor

Daniel B. Kass
1518 East Mountain Drive
Santa Barbara, CA 93108

Debra A. Kass
1518 East Mountain Drive
Santa Barbara, CA 93108

William C. Beall
Beall & Burkhardt
1114 State Street
Suite 200
Santa Barbara, CA 93101

American Express
Box 0001
Los Angeles, CA 90096-8000

Arch Bay
c/o Claudio R. Chavez
Arch Bay Capital, LLC
3121 Michelson Drive, Suite 200
Irvine, CA 92612

Assured Lender Services, Inc.
2552 Walnut Avenue
Suite 110
Tustin, CA 92780

Bernice James
Treasurer-Tax Collector
County of Santa Barbara
P.O. Box 579
Santa Barbara, CA 93102-0579

BNR Partners, LLC
20 N. Wacker Drive
Suite 1300
Chicago, IL 60606

Citi Cards
P.O. Box 6410
The Lakes, NV 88901-6410

Citi Cards
P.O. Box 6410
The Lakes, NV 88901-6419

Citi Cards
P.O. Box 6410
The Lakes, NV 88901-6414

Citibank
Citi Mortgage
P.O. Box 689196
Des Moines, IA 50368

Citibank, N.A.
P.O. Box 688923
Des Moines, IA 50368-8923

Fuchs & Roselli, Ltd.
440 West Randolph Street
Suite 500
Chicago, IL 60606

Fuchs & Roselli, Ltd.
440 W Randolph Street
Suite 500
Chicago, IL 60606

Green Lake County
Kathleen A. Morris
P.O. Box 3188
Green Lake, WI 54941

Green Lake County Treasurer
P.O. Box 3188
Green Lake, WI 54941

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Lake County Collector
18 N County Street
Suite 102
Waukegan, IL 60082-4361

Pacific Life
P.O. Box 100957
Pasadena, CA 91189-0957

Russell Mainini & Franklin
615 Clarion Court
Suite 1
San Luis Obispo, CA 93401

South Commons Condo Association
P.O. Box 66607
Chicago, IL 60666-0607

Town of Green Lake
Joyce Harttert, Treasurer
N2998 N. Kearley Road
Markesan, WI 53946-7705

UBS Signature Visa Card
P.O. Box 203219
Dept 83703
Dallas, TX 75320